IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE S. ELLIOTT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE AMERICAN PSYCHIATRIC ASSOCIATION, ET AL.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　　　　　／ | No. C 07-80072 WHA<br><br>**ORDER DENYING LEAVE TO FILE COMPLAINT** |

By order filed February 15, 2006, Judge Marilyn Hall Patel of this district deemed plaintiff a vexatious litigant (No. C 04-1600 MHP Doc. No. 36). He is required to obtain leave of court before filing any new complaint related to claims in that action. The allegations in this action are illegible and incomprehensible. The Court is thus unable to determine whether the claims are related to those previously asserted by plaintiff. Moreover, to the extent the complaint is decipherable, it does not state a claim. Leave to proceed is **DENIED**.

**IT IS SO ORDERED.**

Dated: March 16, 2007.

　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE